No. 343. PETERSON OIL COMPANY *v.* GUY G. FRARY, STATE INSPECTOR, ETC. Error to the Supreme Court of the State of South Dakota. Argued February 29, 1924. Decided March 3, 1924. *Per Curiam.* Affirmed with costs, upon the authority of *Texas Co.* v. *Brown,* 258 U. S. 466. *Mr. Blaine Simons,* with whom *Mr. Robert J. Gamble* and *Mr. Theodore R. Johnson* were on the briefs, for plaintiff in error. *Mr. Clarence C. Caldwell,* for defendant in error, submitted. *Mr. Buel F. Jones* and *Mr. Charles V. Caldwell* were also on the brief.

---

No. 656. UNITED STATES FIDELITY & GUARANTY COMPANY *v.* JOE H. STRAIN, BANK COMMISSIONER OF THE STATE OF OKLAHOMA, ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued February 29, 1924. Decided March 3, 1924. *Per Curiam.* Decree affirmed with costs, upon authority of *United States* v. *Oklahoma,* 261 U. S. 253. *Mr. C. B. Ames,* with whom *Mr. Jos. A. McCullough* was on the brief, for appellant. *Mr. George F. Short,* with whom *Mr. M. W. McKenzie* was on the brief, for appellees.

---

No. 310. CHARLES J. WEBB & COMPANY *v.* PINGREE CATTLE LOAN COMPANY. Error to the Supreme Court of the State of Idaho. Argued February 27, 1924. Decided March 3, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. S. L. Hodgin,* with whom *Mr. C. S. Wesley* was on the brief, for plaintiff in error. *Mr. J. H. Peterson* and *Mr. T. C. Coffin* appeared for defendant in error.